Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Grant Kiser v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (06-6118 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Connie Friedman-May, et al. v. Pfizer Inc, et al.* | ) |
| (06-6119 CRB) | ) |
| | ) |
| *Noralynn Roman, et al. v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (06-6120 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* | ) |
| (06-6121 CRB) | ) |
| | ) |
| *Robert McCarrell v. Pfizer Inc, et al.* | ) |
| (06-6124 CRB) | ) |
| | ) |
| *Doris Hocker v. Pfizer Inc, et al.* | ) |
| (06-6129 CRB) | ) |
| | ) |
| *Patricia Rogers v. Pfizer Inc, et al.* | ) |
| (06-6130 CRB) | ) |
| | ) |
| *Robert Bates, et al. v. Pfizer Inc, et al.* | ) |
| (06-6131 CRB) | ) |
| | ) |
| *Patrick Lynch v. Pfizer Inc, et al.* | ) |
| (06-6132 CRB) | ) |
| | ) |
| *Christine Sullivan, et al. v. Pfizer Inc, et al.* | ) |
| (06-6157 CRB) | ) |

-1-

1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )
    *(06-6158 CRB)* )
2 | )
3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* )
    *(06-6161 CRB)* )
4 | *Delores Poyner v. Pfizer Inc, et al.* )
    *(06-6165 CRB)* )
5 | )
6 | *James Chapman, et al. v. Pfizer Inc, et al.* )
    *(06-6166 CRB)* )
7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* )
    *(06-6168 CRB)* )
8 | )
9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* )
    *(06-6169 CRB)* )
10 | *James I. Jones, et al. v. Pfizer Inc, et al.* )
     *(06-6171 CRB)* )
11 | )
12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* )
     *(06-6173 CRB)* )
13 | *Ruben Dominguez v. Pfizer Inc, et al.* )
     *(06-6180 CRB)* )
14 | )
15 | *Jennie Graziano v. Pfizer Inc, et al.* )
     *(06-6186 CRB)* )
16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* )
     *(06-6190 CRB)* )
17 | )
18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* )
     *(06-6091 CRB)* )
19 | *Lyle Johnson v. Pfizer Inc, et al.* )
     *(06-6194 CRB)* )
20 | )
21 | *Terry Smith v. Pfizer Inc, et al.* )
     *(06-6195 CRB)* )
22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* )
     *(06-6196 CRB)* )
23 | )
24 | *Barbara Hall v. Pfizer Inc, et al.* )
     *(06-6197 CRB)* )
25 | *Patricia Parson v. Pfizer Inc, et al.* )
     *(06-6198 CRB)* )
26 | )
27 | *Effie Crockett, et al. v. Pfizer Inc et al.* )
     *(06-6199 CRB)* )
28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

1  (06-6200 CRB)

2  *Louis Pratt v. Pfizer Inc, et al.*
   (06-6201 CRB)
3
   *Paul Madison v. Pfizer Inc, et al.*
4  (06-6202 CRB)

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*
   (06-6203 CRB)
6
   *Walter Johnston v. Pfizer Inc, et al.*
7  (06-6204 CRB)

8  *Murry McEwen v. Pfizer Inc, et al.*
   (06-6205 CRB)
9
   *Charles Grififn, et al. v. Pfizer, Inc, et al.*
10 (06-6206 CRB)

11 *Debbie Dethrage v. Pfizer Inc, et al.*
   (06-6207 CRB)
12
   *Thomas Saunders, et al. v. Pfizer Inc, et al.*
13 (06-6208 CRB)

14 *Rex McDonald v. Pfizer Inc, et al.*
   (06-6210 CRB)
15
   *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*
16 (06-6211 CRB)

17 *Marjory Goodwin v. Pfizer Inc, et al.*
   (06-6212 CRB)
18
   *Joy Glenn, et al. v. Pfizer Inc, et al.*
19 (06-6213 CRB)

20 *Connie Henderson, et al. v. Pfizer Inc, et al.*
   (06-6283 CRB)
21
   *Aubrey Richardson, et al. v. Pfizer Inc, et al.*
22 (06-7201 CRB)

23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*
   (06-7202 CRB)
24
   *Jacques Tetrault, et al. v. Pfizer Inc, et al.*
25 (06-7203 CRB)

26 *Patricia Stevens v. Pfizer Inc, et al.*
   (06-7204 CRB)
27
   *Robert Jennings, et al. v. Pfizer Inc, et al.*
28 (06-7205 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

1  | *Alice Richardson, et al. v. Pfizer Inc, et al.*
2  | (06-7206 CRB)

3  | *Steve Pardikes v. Pfizer Inc, et al.*
   | (06-7306 CRB)
4

5  | *Rosalyn Chute v. Pfizer Inc, et al.*
   | (06-7381 CRB)

6  | *Carolyn Carter v. Pfizer Inc, et al.*
   | (06-7570 CRB)
7

8  | *Margoth Gonzalez v. Pfizer Inc, et al.*
   | (06-7571 CRB)

9  | *Albert Blossom, et al. v. Pfizer Inc, et al.*
   | (06-7676 CRB)
10

11 | *Viola Porter v. Pfizer Inc, et al.*
   | (06-7882 CRB)

12 | *Tami McKibben, et al. v. Pfizer Inc, et al.*
   | (06-7883 CRB)
13

14 | *Joyce Matson, et al. v. Pfizer Inc, et al.*
   | (06-7958 CRB)

15 | *Michael Gatz, v. Pfizer Inc, et al.*
   | (06-7959 CRB)
16

17 | *Shamela Carr v. Pfizer Inc, et al.*
   | (07-0022 CRB)

18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
   | (07-0023 CRB)
19

20 | *Debi Sweet v. Pfizer Inc, et al.*
   | (07-0231 CRB)

21 | *Clarence Bridges v. Pfizer Inc, et al.*
   | (07-0413 CRB)
22

23 | *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
   | (07-0611 CRB)

24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.*
   | (07-0816 CRB)
25

26 | *Brenda Brunson, et al. v. Pfizer Inc, et al.*
   | (07-1280 CRB)

27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
   | (07-1353 CRB)
28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.*<br>(07-1432 CRB) | ) |
| 2 | | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.*<br>(07-1570 CRB) | ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.*<br>(06-6815 CRB) | ) |
| 5 | | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.*<br>(07-1991 CRB) | ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.*<br>(07-1992 CRB) | ) |
| 8 | | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.*<br>(07-2630 CRB) | ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.*<br>(07-2690 CRB) | ) |
| 11 | | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.*<br>(07-2691 CRB) | ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.*<br>(07-2692 CRB) | ) |
| 14 | | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.*<br>(07-3284 CRB) | ) |

16

17      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

EAST\42584625.1

DATED: _10-29_, 2009       By: _____

                             **WEITZ & LUXENBERG, PC**
                             700 Broadway
                             New York, New York 10003
                             Telephone: 212-558-5000
                             Facsimile: 212-344-5461

                             *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009       By: _____

                             **DLA PIPER LLP (US)**
                             1251 Avenue of the Americas
                             New York, New York 10020
                             Telephone: 212-335-4500
                             Facsimile: 212-335-4501

                             *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

                        Hon. Charles R. Breyer
                        United States District Court